UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANTONIO TESAUNT HOUSE,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:12-cr-193

**ORDER MODIFYING CONDITIONS OF SUPERVISION**

For the reasons stated on the record at the Impact Hearing held February 7, 2019, the defendant's conditions of supervision are modified to remove the restriction that he must reside in Kalamazoo County or another county in which he has not previously resided.  Accordingly, Special Condition #8 is modified to read:

> **8. The defendant shall reside in a residence approved in advance by the probation officer.  The defendant shall not reside in, or visit, any public housing complexes without prior permission from the probation officer.**

This modification will become effective on March 11, 2019, and only if the defendant is without violation.  All other terms and conditions remain in effect as previously ordered.

    **IT IS SO ORDERED**.

Date:  February 11, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge