# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Santonio Tesaunt House | Case Number: 1:12CR00193-01 |

Name of Sentencing Judicial Officer: The Honorable Paul L. Maloney
                                                    U.S. District Judge

Date of Original Sentence: January 4, 2013

Original Offense: Count 2: Felon in Possession of a Firearm; 18 U.S.C. § 922(g)(1)

Original Sentence: 84 months imprisonment and 3 years supervised release. Special Conditions: (1) substance abuse testing and treatment; (2) no alcohol; (3) mental health treatment; (4) financial disclosure; (5) 6 months location monitoring; (6) no cell phone without approval; (7) provide telephone bills; (8) reside in approved residence; (9) no contact with gang members; (10) 6 months RRC. Special Assessment, $100.00 (paid in full).

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: November 6, 2018 |
| | Expiration Date: November 5, 2021 |
| Assistant U.S. Attorney: Timothy VerHey | Defense Attorney: Sean Tilton |

## PETITIONING THE COURT

[X] To issue a warrant

The probation officer believes that the offender has violated the following conditions of supervision:

### Violation Number 1

**General Condition: The defendant shall not commit another federal, state or local crime.**

On or about May 22, 2020, Mr. House committed the crime of Conspiracy to Distribute 5 Kilograms of Cocaine, in violations of 21 U.S.C §§ 846 and 841(a)(1), and (b)(1)(A)(ii), a felony punishable by 10 years to life in prison, a $10,000,000.00 fine, and at least 5 years supervised release.

### Violation Number 2

**Standard Condition Number 7: The defendant shall refrain from the use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

On or about May 22, 2020, Mr. House attempted to purchase cocaine.

**Violation Number 3**

**Standard Condition Number 1: The defendant shall not leave the judicial district without the permission of the court or probation officer.**

On or about May 22, 2020, Mr. House left the judicial district without the permission of the probation officer, when he traveled to the Northern District of Illinois.

**Violation Number 4**

**Standard Condition Number 9: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.**

On or about May 22, 2020, Mr. House associated with Dawayne Totten and Isaias Mandujano, persons convicted of felony offenses, without permission of the probation officer.

**Violation Number 5**

**Standard Condition Number 11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

On or about May 22, 2020, Mr. House was arrested by the Drug Enforcement Agency (DEA) in Des Plaines, Illinois, and failed to notify the probation officer of the arrest within seventy-two hours.

**Nature of Noncompliance for Violations 1-5**

According to the DEA investigative reports, on May 22, 2020, Messrs. Mandujano, House and Totten planned to meet with an undercover agent to buy five to six kilograms of cocaine.

DEA surveillance was established at Mariano's, located in Des Plaines, Illinois. The undercover agent received a call from Mr. Mandujano indicating he was in the parking lot of Mariano's. Mr. Mandujano exited a black Cadillac vehicle and met with the undercover agent in the agent's vehicle. After the meeting, Mr. Mandujano went to the Best Western motel in Des Plaines. DEA agents observed Mr. House meet with Mr. Mandujano. Agents then observed both Messrs. House and Totten get into the black Cadillac with Mr. Mandujano and leave the Best Western motel to meet with the undercover agent.

On the way to meet with the undercover agent, a traffic stop was conducted on the black Cadillac and Messrs. Mandujano, House and Totten were arrested.

DEA agents also observed a GMC Terrain rental vehicle circling the Best Western motel parking lot numerous times. The vehicle was occupied by Brandon Parham and Chantel Layton. Agents initiated a traffic stop on the vehicle and found $10,077.00 during a search of the vehicle.

Agents also observed Danesha Jones exit the motel and walk to the parking lot. Ms. Jones and Mr. Melvin Tommy-Shawn-Kelly House (father of Santonio House) entered a rented Jeep vehicle and drove around the motel parting lot several times. They stopped at a gas station and Mr. House's father exited the vehicle

and he noticed one of the unmarked squad cars. Mr. House's father did not return to the vehicle and walked back to the motel. Ms. Jones did not get any gas and moved the vehicle back to the motel. Mr. House's father was detained while agents approached Ms. Jones in the vehicle. Approximately $165,000.00 was located in a drawstring knapsack bag located on the rear floorboard of the vehicle. Ms. Jones later denied ownership of the money found in the vehicle.

In a post-Miranda statement, Mr. House told DEA agents he met Mr. Mandujano while he was in prison. Mr. Mandujano told Mr. House he could get him kilogram quantities of cocaine. Mr. House believed the cocaine supply was limited and it was selling for as much as $60,000.00 per kilogram. Mr. House thought he could make some money if he invested in this cocaine deal. Mr. House supplied $20,000.00 of his own money to purchase the cocaine. Mr. House planned to sell the cocaine in Detroit, Michigan, to make some money. Mr. House was released without charges. An Assistant U.S. Attorney in the Northern District of Illinois is reviewing the case for criminal charges against Mr. House.

Mr. House failed to report this law enforcement contact to the probation office. Additionally, criminal records information reflects Messrs. Totten and Mandujano are persons convicted of felony offenses. Mr. House did not receive permission from the probation officer to associate with either individual.

**Previous Violations**

- **February 17, 2019:** Modification of supervised release at the Impact hearing. The Court modified special condition number (8), reside in an approved residence and not reside or visit any public housing complexes.

- **July 22, 2019:** Report on Offender: Mr. House tested positive for marijuana while on location monitoring. Mr. House was referred to substance abuse treatment. The Court agreed with the recommendation for no court action.

**U.S. Probation Officer Recommendation:**

The Supervised Release should be
    [X] revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2020

| Approved, | Respectfully submitted, |
|---|---|
| by /s/ Scott M. Lopofsky<br>Scott M. Lopofsky<br>Supervisory U.S. Probation Officer<br>Date: June 17, 2020 | by /s/ Amy L. VanderVelde<br>Amy L. VanderVelde<br>U.S. Probation Officer Specialist<br>Date: June 17, 2020 |

THE COURT ORDERS:

☐   No Action
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
☐   Other

/s/ Paul L. Maloney

The Honorable Paul L. Maloney
U.S. District Judge

June 18, 2020

Date