**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**AMENDED CRIMINAL MINUTE SHEET**

| USA v. Santonio Tesaunt House | | | | DISTRICT JUDGE: Paul L. Maloney |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:12-cr-193 | 9/29/2021 | 11:29 a.m. - 11:46 a.m. | Kalamazoo | |

### APPEARANCES

| Government: Timothy P. VerHey | Defendant: Donald Sappanos | Counsel Designation: Retained |
|---|---|---|

| **TYPE OF HEARING** | **DOCUMENTS** | **CHANGE OF PLEA** |
|---|---|---|
| __ Arraignment:<br>　__ mute　__ nolo contendre<br>　__ not guilty　__ guilty<br>__ Final Pretrial Conference<br>__ Detention　(waived __)<br>__ Motion Hearing<br>✓ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other: _____ | Charging Document:<br>　__ Read　__ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

| Imprisonment: 24 months<br>Probation: _____<br>Supervised Release: none to follow<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted: __ Yes __ No<br>Defendant informed of right to appeal: ✓ Yes __ No<br>Counsel informed of obligation to file appeal: ✓ Yes __ No<br>Conviction Information:<br>　Date: _____<br>　By: _____<br>　As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Defendant plead no contest to violation 1 and is found guilty after Court review of police report; violations 2, 3, 4, 5, 67, 8, and 9 are dismissed upon motion by the government

| **CUSTODY/RELEASE STATUS** | **BOND AMOUNT AND TYPE** |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |